ert B. Ward and Monroe J. Fisher, to review, pursuant to section 56 of the Election Law (Consol. Laws 1909, c. 17), the action, etc., of the Inspectors of Primary Election in the Sixteenth, Seventeenth and Eighteenth Assembly Districts of Kings County. No opinion. Order (137 N. Y. Supp. 659) affirmed, without costs.

WARD, Appellant, v. CAMPION, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Edwin C. Ward, as trustee in bankruptcy of the estate of the Eureka Trunk Lock Manufacturing Company, against Thomas H. Campion. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for errors in ruling at folios 162, 248, 332, and 411.

WASSERMAN et al. v. PFIZER. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Jesse Wasserman and others against Gustavus A. Pfizer. No opinion. Motion for stay granted. Settle order on notice. See, also, 151 App. Div. 724, 136 N. Y. Supp. 203.

WASSON, Appellant, v. CITY OF ONEONTA, Respondent. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Viola Wasson against the City of Oneonta.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and HOUGHTON, JJ., dissent, on the ground that it is a question of fact as to whether the city used reasonable care in ascertaining whether or not a proper guard was maintained.

WATSON v. BEAVER et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John H. Watson against William Beaver and others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

WATTS, Respondent, v. HEWLETT BAY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by William J. Watts against the Hewlett Bay Company and another. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 288.

WATZELHAN, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Ruth Watzelhan, an infant, by William Watzelhan, her guardian ad litem, against the New York Telephone Company. No opinion. Order unanimously affirmed, with costs.

WEARS, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 11, 191 Action by George W. Wears against Stanl Johnson and another. No opinion. De sion (151 App. Div. 770, 136 N. Y. Supp. 31 amended, so as to read as follows: Judgme of the County Court reversed, with costs, a judgment of the Justice's Court affirmed.

WEGMANN, Appellant, v. KRESS, F spondent. (Supreme Court, Appellate Di sion, Second Department. October 11, 191. Action by Maggie Wegmann, as administr trix, etc., of Wilhelmina Kress, decease against Christian Kress. No opinion. Juc ment and order affirmed, with costs.

WEINSTEIN, Respondent, v. LIVOTI al., Appellants. (Supreme Court, Appellate I vision, Second Department. September 1 1912.) Action by Abraham Weinstein again Baldassare Livoti and another.

PER CURIAM. Judgment affirmed, wi costs.

THOMAS, J., not voting.

WENTWORTH v. GOLDMAN et al. (S preme Court, Appellate Division, First D partment. November 1, 1912.) Action l Sarah H. Wentworth against Barney Goldma and others. W. W. Shaw, of New York Cit for appellant. J. R. Schiff, of New York Cit for respondent. No opinion. Order affirme with $10 costs and disbursements. Order file

WERNER, Appellant, v. MOHAWK CO DENSED MILK CO. et al., Respondent (Supreme Court, Appellate Division, Four Department. October 18, 1912.) Action l Christopher C. Werner, as trustee, etc., again the Mohawk Condensed Milk Company and a other. No opinion. Motion for reargume denied, with $10 costs. Motion for leave appeal to Court of Appeals denied. See, als 136 N. Y. Supp. 585, 1150.

WESTMINSTER PRESBYTERIA CHURCH, Appellant, v. TRUSTEES O PRESBYTERY OF NEW YORK, Respond ent. (Supreme Court, Appellate Divisio First Department. October 25, 1912.) Actic by the Westminster Presbyterian Churc against the Trustees of the Presbytery of Ne York. C. M. Parsons, of New York City, fc appellant. H. W. Jessup, of New York Cit; for respondent.

PER CURIAM. Judgment and order a firmed, with costs on opinion in 142 App. Di 855, 127 N. Y. Supp. 836. Order filed.

INGRAHAM, P. J., dissents.

WETZLAR v. NEW YORK FINANCE CC et al. (Supreme Court, Appellate Divisio First Department. October 18, 1912.) Ac tion by Julius G. Wetzlar against the Ne York Finance Company and others. No opir ion. Motion to dismiss appeal granted, wit $10 costs, unless appellant comply with term